1  Lauren B. Cohen, Bar No. 285018
   PERKINS COIE LLP
2  3150 Porter Drive
   Palo Alto, California 94304-1212
3  Telephone:  650.838.4300
   Facsimile:   650.838.4350
4  Email:  LCohen@perkinscoie.com

5  William C. Rava (*pro hac vice application to follow*)
   PERKINS COIE LLP
6  1201 Third Avenue, Suite 4900
   Seattle, Washington 98101
7  Telephone:  206.359.8000
   Facsimile:   206.359.9000
8  Email:  WRava@perkinscoie.com

9  Attorneys for Plaintiff Eating Recovery Center LLC

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13

| EATING RECOVERY CENTER LLC, | Case No. |
|---|---|
| Plaintiff, | **COMPLAINT FOR:** |
| v. | **(1) FALSE DESIGNATION OF ORIGIN (15 U.S.C. § 1125(a))** |
| EDT SERVICES, LLC, CDT SERVICE CORP., and NEW DAWN TREATMENT CENTERS, | **(2) CALIFORNIA STATUTORY UNFAIR COMPETITION (CAL. BUS. & PROF. CODE § 17200, *et seq.*); AND** |
| Defendants. | **(3) CALIFORNIA TRADEMARK INFRINGEMENT (CAL. BUS. & PROF. CODE § 14245)** |
| | **(4) COMMON LAW TRADEMARK INFRINGEMENT** |
| | **DEMAND FOR JURY TRIAL** |

For its Complaint, Plaintiff Eating Recovery Center LLC ("ERC") alleges as follows:

## PARTIES

1.      Plaintiff ERC is a Colorado limited liability company that operates a network of health facilities for the treatment of anorexia, binge eating disorders, and other eating disorders, having a place of business at 7351 East Lowery Blvd., Suite 200, Denver, Colorado 80230.

2.      On information and belief, Defendant EDT Services, LLC ("EDT") is a California limited liability company having a place of business at 2260 East Bidwell, Suite 110, Folsom, California 95630.

3.      On information and belief, Defendant CDT Service Corporation ("CDT") is a California corporation having a place of business at 5431 Auburn Blvd. #252, Sacramento, California 95841.

4.      On information and belief, Defendant New Dawn Treatment Centers is an entity of unknown provenance doing business in California.

5.      On information and belief, Defendants EDT, CDT and New Dawn Treatment Centers (collectively, "Defendants") operate a treatment facility under the name "Marin Eating Recovery Center" located at 3 Harbor Drive, Suite 110, Sausalito, California 94965.

## JURISDICTION AND VENUE

6.      This Court has subject matter jurisdiction over the claims asserted herein pursuant to 28 U.S.C. §§ 1331 (federal question), 1338(a) (trademark), 1338(b) (related unfair competition) and 1367 (supplemental jurisdiction).

7.      This Court has personal jurisdiction over Defendants, as the tortious conduct alleged in this Complaint took place in this District, Defendants operate a health treatment facility in this District, and Defendants knew or reasonably should have known that their conduct alleged in this Complaint would cause injury to ERC in this District.

8.      Venue is proper under 28 U.S.C. § 1391 in that the claims arose in this District, ERC is suffering harm in this District, and Defendants are subject to personal jurisdiction in this District.

## INTRADISTRICT ASSIGNMENT

9.      This is an Intellectual Property Action to be assigned on a district-wide basis under Civil Local Rule 3-2(c).

## ERC, ITS BUSINESS AND

## ITS INTELLECTUAL PROPERTY RIGHTS

10.     ERC owns the exclusive, nationwide rights to use EATING RECOVERY CENTER as a trademark, component of a trademark, or trade name ("EATING RECOVERY CENTER Marks").

11.     ERC began using the EATING RECOVERY CENTER Marks in commerce at least as early as December 2008.

12.     Since its first use of the EATING RECOVERY CENTER Marks, ERC has continuously used the EATING RECOVERY CENTER Marks in connection with providing treatment services for anorexia, bulimia, binge, and eating disorders that are not otherwise specified or classified (collectively, "ERC's Services").

13.     ERC makes available information about it and the ERC Services through many sources, including via the Internet where ERC maintains its website at www.eatingrecoverycenter.com.

14.     ERC is a nationwide entity, operating a network of treatment facilities throughout the United States, with locations in Denver, Sacramento, Fresno, Bellevue, Dallas, San Antonio and Chicago, among others.  ERC has leased space in Corte Madera for another treatment facility.

15.     ERC's facilities located in Sacramento and Fresno are referred to as ERC's "Eating Recovery Center of California."

16.     ERC's EATING RECOVERY CENTER Marks identify ERC's Services and have come to be recognized within the healthcare industry and by current and potential patients as an indication of source for treatment services that are of the highest quality.

17.     ERC is well-known within the industry for providing its high quality treatment services, as demonstrated by the numerous awards received by the company, including recognition in a business listing of "Champions in Healthcare" (2009), among "Colorado Companies to Watch" (2010), listed on the "Flyover 50 of the Fastest Growing Companies in America" (2012), ranked as #13 on the list of "Fastest Growing Companies in America" (2013), and in the "Best of Sacramento Awards" (2014) for eating disorder treatment services.

18.     Since 2008, ERC has spent more than $5 million marketing the ERC Services under its EATING RECOVERY CENTER Marks, generating more than $140 million in revenue during that time.

19.     Given ERC's success, industry professionals, potential patients, and former patients all associate the EATING RECOVERY CENTER Marks exclusively with ERC.

20.     Supporting and building on ERC's hard-earned reputation for excellence is a robust referral network of healthcare professionals and former patients.

21.     ERC's EATING RECOVERY CENTER Marks are well-known nationally and exclusively in connection with the high-quality ERC Services and, as a result of this reputation, ERC's referral and patient base are national in scope.

22.     Given ERC's success and reputation within the industry, ERC's EATING RECOVERY CENTER Marks are strong and entitled to protection.

23.     At the U.S. Trademark Office, ERC also has a 2010 registration on the Supplemental Register (No. 3,855,165) and applications for registrations on the Principal Register (Nos. 86/322,052 and 86/322,050) covering the ERC Services. Trademark Status & Document Retrieval ("TSDR") records for that registration and those applications are attached hereto as Exhibit A.

**DEFENDANTS' INFRINGING ACTIVITY**

24.     On information and belief, Defendants provide treatment services in the field of eating disorders.

25.     On information and belief, Defendants operate treatment facilities located in Marin County, California, offering services within the field of eating disorders.

26.     On or about November 20, 2013, EDT filed federal trademark application number 86/124,383 to register the mark MARIN EATING RECOVERY CENTER, with the following application details:

Mark:        MARIN EATING RECOVERY CENTER

Class:       44

App. No.:    86/124,383

1           Status:        Office Action Issued

2           Services:     Treatment of anorexia, bulimia, binge eating disorders, and other

3                              related eating disorders in an outpatient setting

4        27.     TSDR records for the MARIN EATING RECOVERY CENTER application are

5 attached as Exhibit B.

6        28.     EDT filed the MARIN EATING RECOVERY CENTER application, based upon

7 its intent to use this mark with these services in the future.

8        29.     On information and belief, Defendants operate a treatment facility under the name

9 "Marin Eating Recovery Center," located in Sausalito, California, which Defendants advertise

10 focuses on treating eating disorders.

11        30.     More information about Defendants' "Marin Eating Recovery Center" is available

12 at http://marineatingrecovery.com.

13        31.     In connection with its treatment facility in Sausalito, California, Defendants have

14 adopted the marks MARIN EATING RECOVERY CENTER and the following logo:

15

16

17

18        32.     On or about November 20, 2013, EDT also filed federal trademark application

19 number 86/124,307 to register the mark CALIFORNIA EATING RECOVERY CENTER, with

20 the following application details:

21           Mark:        CALIFORNIA EATING RECOVERY CENTER

22           Class:        35

23           App. No.:    86/124,307

24           Status:       Office Action Issued

25           Services:     Residential and Outpatient Counseling services for the treatment of

26                              eating disorders and related co-occurring disorders such as mental

27                              health and substance abuse

28

33.     TSDR records for the CALIFORNIA EATING RECOVERY CENTER application are attached as Exhibit C.

34.     EDT filed the CALIFORNIA EATING RECOVERY CENTER application, based upon its intent to use this mark with these services in the future.

35.     On information and belief, Defendants are not currently using the mark CALIFORNIA EATING RECOVERY CENTER in connection with any products or services.

36.     Defendants' use of "Marin Eating Recovery Center," its corresponding "Marin Eating Recovery Center" logo, and EDT's federal trademark applications to register the marks MARIN EATING RECOVERY CENTER and CALIFORNIA EATING RECOVERY CENTER shall collectively be referred to as "Defendants' Marks."

37.     Prior to adopting Defendants' Marks, Defendants were aware of ERC and the EATING RECOVERY CENTER Marks.

38.     Defendants' first use of Defendants' Marks is well after ERC's first use of the EATING RECOVERY CENTER Marks.

39.     Defendants' Marks, as used in connection with treatment services in the field of eating disorders and the operation of corresponding treatment facilities, are confusingly similar to ERC's EATING RECOVERY CENTER Marks.

40.     ERC has received inquiries, asking whether Defendants and their "Marin Eating Recovery Center" facility are associated with ERC and its network of EATING RECOVERY CENTER facilities.

41.     ERC has repeatedly requested that Defendants cease their infringing activity. Defendants have not responded to ERC's requests.

42.     Defendants' use of Defendants' Marks in association with advertising and marketing of its eating disorder treatment services and its operation of treatment facilities to treat such disorders has caused and is likely to continue to cause confusion, mistake, or deception as to the source of those services.

43.     Furthermore, Defendants' use of Defendants' Marks creates the mistaken impression that Defendants' services and facilities are endorsed by ERC or that Defendants' services are sponsored by, affiliated with, or in some way connected with ERC.

44.     ERC's remedies at law are not adequate to compensate ERC for the injury caused by Defendants' continued use of Defendants' Marks, as ERC is entitled to be in control of the use of its ERC's EATING RECOVERY CENTER Marks in association with ERC's Services to prevent the likelihood that consumers may be confused, mistaken or deceived into believing that the services offered in association with Defendants' Marks originate from ERC, or are endorsed by, sponsored by, affiliated with, or in some way connected to ERC.

45.     On information and belief, Defendants had notice of the fact that the advertising and marking of their eating disorder treatment services and their operation of their treatment facilities under Defendants' Marks is in violation of ERC's exclusive rights in ERC's EATING RECOVERY CENTER Marks.  Accordingly, Defendants' continued acts of infringement are willful.

**CLAIMS FOR RELIEF**

**COUNT 1 – FALSE DESIGNATION OF ORIGIN**

**_(15 U.S.C. § 1125(a))_**

46.     ERC realleges and incorporates by reference the allegations in the paragraphs above.

47.     ERC has acquired strong common law rights in the EATING RECOVERY CENTER Marks that date back to at least as early as December 2008.

48.     Defendants' actions constitute the use in interstate commerce of a false designation of origin, false or misleading description of fact, or false or misleading representations of fact that are likely to cause confusion or mistake, or to deceive as to the affiliation, connection, or association of the services with ERC or as to the origin, sponsorship, or approval of the services provided by Defendants in violation of 15 U.S.C. § 1125(a).

49.     Defendants knew or should have known of ERC's rights, and Defendants' false designation of origin has been knowing, willful and deliberate, such that the Court should award ERC its attorneys' fees pursuant to 15 U.S.C. § 1117.

50.     ERC has been, and continues to be, damaged by such acts in a manner that cannot be fully measured or compensated in economic terms.  ERC therefore has no adequate remedy at law and seeks permanent injunctive relief pursuant to 15 U.S.C. § 1116.

51.     Defendants' acts have damaged, and threaten to continue damaging, ERC's reputation and goodwill.

## COUNT 2 – CALIFORNIA UNFAIR COMPETITION
### (*Cal. Bus. & Prof. Code §§ 17200, et seq.*)

52.     ERC realleges and incorporates by reference the allegations in the paragraphs above.

53.     Defendants have engaged in unlawful, unfair or fraudulent business practices or acts as described above, in violation of California Business and Professions Code  §§ 17200, *et seq*.

54.     The foregoing acts have damaged and irreparably harmed ERC and will continue to do so if not enjoined.

## COUNT 3 – CALIFORNIA TRADEMARK INFRINGEMENT
### (*Cal. Bus. & Prof. Code § 14245*)

55.     ERC realleges and incorporates by reference the allegations in the paragraphs above.

56.     Defendants' actions constitute an unauthorized reproduction, counterfeit, copy, or colorable imitation of the EATING RECOVERY CENTER Marks in connection with the sale, distribution, offering for sale, or advertising of their goods or services which is likely to cause confusion, deception, and mistake by creating the false and misleading impression that Defendants' goods or services are provided by ERC, are associated or connected with ERC, or have the sponsorship, endorsement, or approval of ERC, in violation of California Business & Professions Code § 14245.

57.     As a result of Defendants' actions, ERC has been and continues to be damaged in a manner that may not be able to be fully measured or compensated in economic terms.

### COUNT 4 – COMMON LAW TRADEMARK INFRINGEMENT

58.     ERC realleges and incorporates by reference the allegations in the paragraphs above.

59.     Defendants' actions constitute an unauthorized reproduction, counterfeit, copy, or colorable imitation of the EATING RECOVERY CENTER Marks in connection with the sale, distribution, offering for sale, or advertising of their goods or services which is likely to cause confusion, deception, and mistake by creating the false and misleading impression that Defendants' goods or services are provided by ERC, are associated or connected with ERC, or have the sponsorship, endorsement, or approval of ERC, in violation of the common law.

### PRAYER FOR RELIEF

Wherefore, ERC prays for relief as follows:

A.     An order preliminarily and permanently enjoining Defendants, their agents, servants, officers, employees and all persons in active concern or participation with them from (a) using in any matter whatsoever ERC's EATING RECOVERY CENTER Marks, or any confusingly similar mark, logo, trade name, domain name or other source identifier, in connection with Defendant's services; (b) violating, inducing or enabling others to violate ERC's trademark rights in any manner whatsoever; and (c) unfairly competing with ERC in any manner whatsoever;

B.     Judgment in ERC's favor against Defendants for federal, state, and common law trademark infringement and state unfair competition;

C.     ERC's damages, in an amount to be proven at trial;

D.     That ERC be awarded pre-judgment and post-judgment interest on all damages awarded;

E.     That ERC be awarded its costs, expenses, and reasonable attorneys' fees;

F.     Such other and further relief as the Court deems just and proper.

COMPLAINT

1

## **DEMAND FOR JURY TRIAL**

2

      ERC hereby demands a trial by jury of all issues so triable.

3

4

5

DATED:  August 5, 2014

                           **PERKINS COIE** LLP

6

                           By:  /s/ Lauren B. Cohen

7

                           Lauren B. Cohen, Bar No. 285018

8

                           PERKINS COIE LLP
                           3150 Porter Drive

9

                           Palo Alto, California 94304-1212
                           Telephone:  650.838.4300

10

                           Facsimile:  650.838.4350

11

                           Email:  LCohen@perkinscoie.com

12

                           AND

13

                           William C. Rava (*pro hac vice application to follow*)

14

                           PERKINS COIE LLP
                           1201 Third Avenue, Suite 4900

15

                           Seattle, Washington 98101
                           Telephone:  206.359.8000

16

                           Facsimile:  206.359.9000
                           Email:  WRava@perkinscoie.com

17

                           **ATTORNEYS FOR PLAINTIFF**

18

                           **EATING RECOVERY CENTER LLC**

19

20

21

22

23

24

25

26

27

28

                                        COMPLAINT

# EXHIBIT A

**Generated on:** This page was generated by TSDR on 2014-08-05 14:58:00 EDT

**Mark:** EATING RECOVERY CENTER

EATING RECOVERY CENTER

| | | | |
|---|---|---|---|
| **US Serial Number:** | 77836673 | **Application Filing Date:** | Sep. 28, 2009 |
| **US Registration Number:** | 3855165 | **Registration Date:** | Sep. 28, 2010 |
| **Register:** | Supplemental | | |
| **Mark Type:** | Service Mark | | |
| **Amended to Principal Register:** | No | **Date Amended to Current Register:** | Aug. 05, 2010 |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Sep. 28, 2010 | | |

## Mark Information

**Mark Literal Elements:** EATING RECOVERY CENTER

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "RECOVERY CENTER"

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Behavioral analysis for medical purposes, medical services, and rehabilitation patient care services, namely, specialized integrated behavioral, medical and rehabilitative care services emphasizing recovery instead of disease, utilizing structure, containment, therapy, education, insight and corrective emotional experiences, delivered through inpatient, residential, partial hospitalization, and outpatient programs, counseling, and education to treat persons diagnosed with of anorexia, bulimia and related eating disorders

| | | | |
|---|---|---|---|
| **International Class(es):** | 044 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Dec. 20, 2007 | **Use in Commerce:** | Dec. 20, 2007 |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Eating Recovery Center, LLC |
| **Owner Address:** | Suite 500<br>1830 Franklin Street<br>Denver, COLORADO 80218<br>UNITED STATES |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | COLORADO |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Alexander J.A. Garcia | **Docket Number:** | 009020.0001 |
| **Attorney Primary Email** | pctrademarks@perkinscoie.com | **Attorney Email** | Yes |

|  |  |
|---|---|
| **Address:** | **Authorized:** |

| **Correspondent** | | |
|---|---|---|
| **Correspondent Name/Address:** | Alexander J.A. Garcia<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WASHINGTON 98101<br>UNITED STATES | |
| **Phone:** 2063598000 | | **Fax:** 2063599000 |
| **Correspondent e-mail:** pctrademarks@perkinscoie.com | | **Correspondent e-mail Authorized:** Yes |

| **Domestic Representative - Not Found** |
|---|

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 26, 2014 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Jun. 26, 2014 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Sep. 28, 2010 | REGISTERED-SUPPLEMENTAL REGISTER | |
| Aug. 26, 2010 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 68552 |
| Aug. 26, 2010 | ASSIGNED TO LIE | 68552 |
| Aug. 11, 2010 | APPROVED FOR REGISTRATION SUPPLEMENTAL REGISTER | |
| Aug. 11, 2010 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Aug. 11, 2010 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Aug. 11, 2010 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Aug. 11, 2010 | EXAMINERS AMENDMENT -WRITTEN | 83178 |
| Aug. 02, 2010 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jul. 14, 2010 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Jul. 14, 2010 | NON-FINAL ACTION E-MAILED | 6325 |
| Jul. 14, 2010 | NON-FINAL ACTION WRITTEN | 83178 |
| Jun. 23, 2010 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jun. 22, 2010 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jun. 22, 2010 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Dec. 24, 2009 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 24, 2009 | NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 24, 2009 | NON-FINAL ACTION WRITTEN | 83178 |
| Dec. 24, 2009 | ASSIGNED TO EXAMINER | 83178 |
| Oct. 08, 2009 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Oct. 01, 2009 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

| **TM Staff Information - None** | |
|---|---|
| **File Location** | |
| **Current Location:** PUBLICATION AND ISSUE SECTION | **Date in Location:** Sep. 28, 2010 |

# Assignment Abstract Of Title Information

| **Summary** | |
|---|---|
| **Total Assignments:** 1 | **Registrant:** Eating Recovery Center, LLC |
| **Assignment 1 of 1** | |
| **Conveyance:** SECURITY INTEREST | |
| **Reel/Frame:** 4931/0404 | **Pages:** 7 |
| **Date Recorded:** Dec. 28, 2012 | |
| **Supporting Documents:** assignment-tm-4931-0404.pdf | |
| **Assignor** | |
| **Name:** EATING RECOVERY CENTER LLC | **Execution Date:** Dec. 28, 2012 |

| | | | |
|---|---|---|---|
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | COLORADO |

### Assignee

| | |
|---|---|
| **Name:** | GENERAL ELECTRIC CAPITAL CORPORATION, AS AGENT |

| | | | |
|---|---|---|---|
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 500 W MONROE CHICAGO, ILLINOIS 60661 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | KRISTIN BROZOVIC C/O KATTEN MUCHIN |
| **Correspondent Address:** | 525 W MONROE CHICAGO, IL 60661 |

### Domestic Representative - Not Found

**Generated on:** This page was generated by TSDR on 2014-08-05 14:58:45 EDT

**Mark:** EATING RECOVERY CENTER

EATING RECOVERY CENTER

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86322052 | **Application Filing Date:** | Jun. 26, 2014 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **Status:** | New application will be assigned to an examining attorney approximately 3 months after filing date. | | |
| **Status Date:** | Jul. 03, 2014 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | EATING RECOVERY CENTER |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Behavioral analysis for medical purposes, medical services, and rehabilitation patient care services, namely, specialized integrated behavioral, medical and rehabilitative care services emphasizing recovery instead of disease, utilizing structure, containment, therapy, education, insight and corrective emotional experiences, delivered through inpatient, residential, partial hospitalization, and outpatient programs, counseling, and education to treat persons diagnosed with anorexia, bulimia and related eating disorders; healthcare services, namely, health and wellness programs, counseling and education in the field of obesity

| | | | |
|---|---|---|---|
| **International Class(es):** | 044 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Dec. 01, 2008 | **Use in Commerce:** | Dec. 01, 2008 |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | Eating Recovery Center LLC | | |
| **Owner Address:** | 7351 East Lowry Blvd., Suite 200<br>Denver, COLORADO 80230<br>UNITED STATES | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | COLORADO |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Alexander J.A. Garcia | **Docket Number:** | 009020.0001 |
| **Attorney Primary Email Address:** | pctrademarks@perkinscoie.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | ALEXANDER J.A. GARCIA<br>PERKINS COIE LLP<br>1201 3RD AVE STE 4900 |

SEATTLE, WASHINGTON 98101-3099
UNITED STATES

| | | | |
|---|---|---|---|
| **Phone:** | 3032912323 | **Fax:** | 2063599000 |
| **Correspondent e-mail:** | pctrademarks@perkinscoie.com bzhang@perkinscoie.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 03, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 30, 2014 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | Jul. 03, 2014 |

**Generated on:** This page was generated by TSDR on 2014-08-05 14:59:13 EDT

**Mark:** EATING RECOVERY CENTER



**US Serial Number:** 86322050        **Application Filing Date:** Jun. 26, 2014

**Register:** Principal

**Mark Type:** Service Mark

**Status:** New application will be assigned to an examining attorney approximately 3 months after filing date.

**Status Date:** Jul. 03, 2014

## Mark Information

**Mark Literal Elements:** EATING RECOVERY CENTER

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

**Description of Mark:** The mark consists of a tree with the trunk in the shape of a woman's body with arms extended up and outward to simulate tree branches, all enclosed within a circle with the words EATING RECOVERY CENTER to the right.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Design Search Code(s):** 02.03.02 - Silhouettes of women; Women depicted as shadows or silhouettes of women
04.07.01 - Plants or combinations of plants representing a person; Plants representing a person; Plants by plants; Plants forming a person
05.01.25 - Other trees or bushes; Cypress tree; Willow tree
26.01.17 - Circles, two concentric; Concentric circles, two; Two concentric circles
26.01.21 - Circles that are totally or partially shaded.

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Behavioral analysis for medical purposes, medical services, and rehabilitation patient care services, namely, specialized integrated behavioral, medical and rehabilitative care services emphasizing recovery instead of disease, utilizing structure, containment, therapy, education, insight and corrective emotional experiences, delivered through inpatient, residential, partial hospitalization, and outpatient programs, counseling, and education to treat persons diagnosed with anorexia, bulimia and related eating disorders; healthcare services, namely, health and wellness programs, counseling and education in the field of obesity

**International Class(es):** 044 - Primary Class      **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Dec. 01, 2008      **Use in Commerce:** Dec. 01, 2008

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Eating Recovery Center LLC

**Owner Address:** 7351 East Lowry Blvd., Suite 200
Denver, COLORADO 80230
UNITED STATES

**Legal Entity Type:** LIMITED LIABILITY COMPANY      **State or Country Where Organized:** COLORADO

## Attorney/Correspondence Information

| **Attorney of Record** | | | |
|---|---|---|---|
| **Attorney Name:** | Alexander J.A. Garcia | **Docket Number:** | 009020.0001 |
| **Attorney Primary Email Address:** | pctrademarks@perkinscoie.com | **Attorney Email Authorized:** | Yes |

| **Correspondent** | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | ALEXANDER J.A. GARCIA<br>PERKINS COIE LLP<br>1201 3RD AVE STE 4900<br>SEATTLE, WASHINGTON 98101-3099<br>UNITED STATES | | |
| **Phone:** | 3032912323 | **Fax:** | 2093599000 |
| **Correspondent e-mail:** | pctrademarks@perkinscoie.com bzhang@perkins coie.com | **Correspondent e-mail Authorized:** | Yes |

| **Domestic Representative - Not Found** |
|---|

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 04, 2014 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Jul. 03, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 30, 2014 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

| **TM Staff Information - None** | | | |
|---|---|---|---|
| **File Location** | | | |
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | Jul. 03, 2014 |

# EXHIBIT B

**Generated on:** This page was generated by TSDR on 2014-08-05 15:00:17 EDT

**Mark:** MARIN EATING RECOVERY CENTER

Marin Eating Recovery
Center

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86124383 | **Application Filing Date:** | Nov. 20, 2013 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Mar. 10, 2014

## Mark Information

**Mark Literal Elements:** MARIN EATING RECOVERY CENTER

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Treatment of anorexia, bulimia, binge eating disorders, and other related eating disorders in an outpatient setting

**International Class(es):** 044 - Primary Class     **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No | **Amended Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** EDT Services, LLC

**Owner Address:** # 310-353
11230 Gold Express Drive
Gold River, CALIFORNIA 95670
UNITED STATES

**Legal Entity Type:** LIMITED LIABILITY COMPANY     **State or Country Where Organized:** CALIFORNIA

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/Address:** EDT SERVICES, LLC
11230 GOLD EXPRESS DR # 310-353
GOLD RIVER, CALIFORNIA 95670-4484
UNITED STATES

**Phone:** 9168474006

**Correspondent e-mail:** ross@newdawnts.com     **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Jul. 31, 2014 | LETTER OF PROTEST ACCEPTED | |
| Mar. 10, 2014 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Mar. 10, 2014 | NON-FINAL ACTION E-MAILED | 6325 |
| Mar. 10, 2014 | NON-FINAL ACTION WRITTEN | 83696 |
| Mar. 06, 2014 | ASSIGNED TO EXAMINER | 83696 |
| Dec. 05, 2013 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |

# TM Staff and Location Information

| TM Staff Information | |
|---|---|
| **TM Attorney:** KHAN, AHSEN M | **Law Office Assigned:** LAW OFFICE 113 |

| File Location | |
|---|---|
| **Current Location:** GENERIC WEB UPDATE | **Date in Location:** Jul. 31, 2014 |

# EXHIBIT C

**Generated on:** This page was generated by TSDR on 2014-08-05 15:00:43 EDT

**Mark:** CALIFORNIA EATING RECOVERY CENTER

California Eating Recovery
Center

**US Serial Number:** 86124307      **Application Filing Date:** Nov. 20, 2013

**Register:** Principal

**Mark Type:** Service Mark

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Mar. 10, 2014

## Mark Information

**Mark Literal Elements:** CALIFORNIA EATING RECOVERY CENTER

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Residential and Outpatient Counseling services for the treatment of eating disorders and related co-occurring disorders such as mental health and substance abuse

**International Class(es):** 035 - Primary Class      **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** No | | **Currently Use:** No | | **Amended Use:** No | |
| **Filed ITU:** Yes | | **Currently ITU:** Yes | | **Amended ITU:** No | |
| **Filed 44D:** No | | **Currently 44D:** No | | **Amended 44D:** No | |
| **Filed 44E:** No | | **Currently 44E:** No | | **Amended 44E:** No | |
| **Filed 66A:** No | | **Currently 66A:** No | | | |
| **Filed No Basis:** No | | **Currently No Basis:** No | | | |

## Current Owner(s) Information

**Owner Name:** EDT Services, LLC

**Owner Address:** #310-353
11230 Gold Express Drive
Gold River, CALIFORNIA 95670
UNITED STATES

**Legal Entity Type:** LIMITED LIABILITY COMPANY      **State or Country Where Organized:** CALIFORNIA

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/Address:** EDT SERVICES, LLC
11230 GOLD EXPRESS DR # 310-353
GOLD RIVER, CALIFORNIA 95670-4484
UNITED STATES

**Phone:** 916-784-1149

**Correspondent e-mail:** ross@newdawnts.com      **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Jul. 31, 2014 | LETTER OF PROTEST ACCEPTED | |
| Mar. 10, 2014 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Mar. 10, 2014 | NON-FINAL ACTION E-MAILED | 6325 |
| Mar. 10, 2014 | NON-FINAL ACTION WRITTEN | 83696 |
| Mar. 06, 2014 | ASSIGNED TO EXAMINER | 83696 |
| Dec. 05, 2013 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** KHAN, AHSEN M            **Law Office Assigned:** LAW OFFICE 113

**File Location**

**Current Location:** GENERIC WEB UPDATE            **Date in Location:** Jul. 31, 2014